bell, all of Oklahoma City, Okl., for appellant. Isaac D. Taylor, Asst. U. S. Atty.; of Oklahoma City, Okl.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellant.

CLARK v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. July 2, 1917.) No. 4981. In Error to the District Court of the United States for the Western District of Oklahoma. John A. Fain, of Lawton, Okl., U. S. Atty.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error.

COSKERY v. McFARLIN. (Circuit Court of Appeals, Eighth Circuit. May 9, 1917.) No. 173. Petition to Revise Order of the District Court of the United States for the Southern District of Iowa. Coffin & Hippee, of Des Moines, Iowa, for petitioner.

PER CURIAM. Petition to revise dismissed, at costs of petitioner, on motion of petitioner.

CRESCENT MILLING CO. v. H. N. STRAIT MFG. CO. (Circuit Court of Appeals, Eighth Circuit. May 10, 1917.) No. 4812. In Error to the District Court of the United States for the District of Minnesota. Harris Richardson and Walter Richardson, both of St. Paul, Minn., for plaintiff in error. Cobb, Wheelwright & Dille, of Minneapolis, Minn., for defendant in error.

PER CURIAM. Writ of error dismissed for want of jurisdiction, at costs of plaintiff in error, on motion of defendant in error. See, also, 245 Fed. 984, —— C. C. A. ——.

CRESCENT MILLING CO. v. H. N. STRAIT MFG. CO. (Circuit Court of Appeals, Eighth Circuit. May 10, 1917.) No. 4813. In Error to the District Court of the United States for the District of Minnesota. Harris Richardson and Walter Richardson, both of St. Paul, Minn., for plaintiff in error. Cobb, Wheelwright & Dille, of Minneapolis, Minn., for defendant in error.

PER CURIAM. Writ of error dismissed for want of jurisdiction, at costs of plaintiff in error, on motion of defendant in error. See, also, 245 Fed. 984, —— C. C. A. ——.

CRESCENT MILLING CO. v. H. N. STRAIT MFG. CO. (Circuit Court of Appeals, Eighth Circuit. May 10, 1917.) No. 4814. Appeal from the District Court of the United States for the District of Minnesota. Harris Richardson and Walter Richardson, both of St. Paul, Minn., for appellant. Cobb, Wheelwright & Dille, of Minneapolis, Minn., for appellee.

PER CURIAM. Appeal dismissed for want of jurisdiction at costs of appellant, on motion of appellee. See, also, 245 Fed. 984, —— C. C. A. ——.

DETROIT UNITED RY. v. MARENTETTE. (Circuit Court of Appeals, Sixth Circuit. May 18, 1917.) No. 3053. In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Corliss, Leete & Moody and William G. Fitzpatrick, all of Detroit, Mich., for plaintiff in error. Selling & Brand, of Detroit, Mich., for defendant in error. Dismissed on motion.